UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHLOMO LIEBER,

                Plaintiff,

-against-

ARON SPIRA, *et al.*,

                Defendants.

23-CV-6932 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff is proceeding *pro se* and *in forma pauperis* ("IFP"). By order dated November 11, 2023, the Court dismissed the complaint because it failed to state any claims falling within this Court's subject matter jurisdiction, and granted Plaintiff 30 days to replead his claims in an amended complaint. (ECF 5.) On November 20, 2023, the Court received a letter from Plaintiff requesting an extension of time to file an amended complaint. (ECF 6.) By order dated December 11, the Court granted that request, and directed Plaintiff to file an amended complaint within 30 days of the date of that order. (ECF 7.) By letter filed on January 4, 2024, Plaintiff requested another extension of time due to "medical" issues. (ECF 8.)

      The request for an extension of time is granted.[1] Plaintiff is directed to file an amended complaint within 60 days of the date of this order. If Plaintiff fails to comply within the time allowed, and he cannot show good cause to excuse such failure, the complaint will be dismissed. No further extensions of time will be granted.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

---

[1] Plaintiff stated that he would submit "medical documents." (ECF 8.) It is not necessary for Plaintiff to do so.

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   January 8, 2024
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                       Chief United States District Judge