UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHLOMO LIEBER,<br><br>                                    Plaintiff,<br><br>-against-<br><br>ARON SPIRA; CONGREGATION BNAI AVRAHAM; TOWN OF RAMAPO POLICE DEPARTMENT; LAWRENCE COOPERSTEIN; MICHAEL B. VANSISE; DANIEL R. SULLIVAN; CHRISTOPHER MAIDA; JOHN DOE; JOHN DOE; JOHN DOE,<br><br>                                    Defendants. | 23-CV-6932 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff proceeds in this action *pro se* and *in forma pauperis.* He filed this complaint under the court's federal question jurisdiction, alleging that Defendants violated his federally protected rights. (ECF 1.) By order dated November 11, 2023, the Court dismissed the complaint for failure to state a claim on which relief may be granted, and granted Plaintiff 30 days' leave to replead his claims in an amended complaint. (ECF 5.) Thereafter, the Court granted Plaintiff four extensions of time to file an amended complaint, and repeatedly warned him that the matter would be dismissed if he failed to timely file an amended complaint. (ECF 7, 9, 11, 13.) In its most recent order, dated May 8, 2024, the Court granted Plaintiff one final opportunity to file an amended complaint. The Court directed Plaintiff to file an amended complaint within 30 days from the date of that order, and warned him that no further extensions of time would be granted. (ECF 13.) Plaintiff has not filed an amended complaint. Accordingly, the complaint, filed *in forma pauperis* (IFP) under 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons set forth in the November 11, 2023 order.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   June 26, 2024
         New York, New York

                                                      /s/ Laura Taylor Swain
                                                     LAURA TAYLOR SWAIN
                                              Chief United States District Judge